JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TREVOR L. RUSIN (CABN 241940)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3695
   Facsimile:  (510) 637-3724
   E-Mail:     Trevor.Rusin@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-00580 CW |
|           Plaintiff, ) | |
|                v.         ) | Petition to Revoke Supervised Release |
| ABSALON RODRIGUEZ-REYES, ) | |
|           Defendant. ) | (Oakland Venue) |
| _____ ) | |
| UNITED STATES OF AMERICA, ) | |
|           Plaintiff, ) | No. CR-10-00020 CW |
|                v.         ) | Indictment Filed January 7, 2010 |
| ABSALON RODRIGUEZ-REYES, ) | ORDER EXCLUDING TIME FROM MAY 5, 2010, TO MAY 27, 2010, FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)) |
|           Defendant. ) | |
| _____ ) | (Oakland Venue) |

       Defendant Absalon Rodriguez Reyes appeared for a status hearing on the related

ORDER TO EXCLUDE TIME

1  cases captioned above on May 5, 2010.  At that time counsel for the defendant indicated he
2  would need time both to review materials and to meet with his client.  The Court set an
3  appearance date of May 27, 2010, at 9:30 a.m. before the Hon. Laurel Beeler.  The Court then
4  ordered that time should be excluded from the Speedy Trial Act calculation from May 5, 2010,
5  through May 27, 2010, for effective preparation of defense counsel. With the agreement of the
6  parties, the Court enters this order documenting the exclusion of time under the Speedy Trial
7  Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from May 5, 2010, through May 27, 2010.
8  The parties agreed, and the Court found and held, as follows:
9      1.    The parties agreed to the exclusion of time under the Speedy Trial Act so that
10 defense counsel would have time to meet with his client and review discovery, taking into
11 account the exercise of due diligence.
12     2.    Given these circumstances, the Court found that the ends of justice served by
13 excluding the period from May 5, 2010, to May 27, 2010, from Speedy Trial Act calculations
14 outweighs the interests of the public and the defendant in a speedy trial by allowing time for the
15 defense to effectively prepare the case, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).
16     3.    Accordingly, with the consent of defendant's attorney, the Court ordered that the
17 period from May 5, 2010, to May 27, 2010, be excluded from Speedy Trial Act calculations,
18 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

20     IT IS SO ORDERED.

22 DATED:  5/10/2010
                              _____
23                             HON. DONNA M. RYU
                              United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Donna M. Ryu]

ORDER TO EXCLUDE TIME