BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RODRIGUEZ REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Nos.  CR-06-00580-CW |
| Plaintiff, | ) | CR-10-00020-CW |
| | ) | |
| vs. | ) | STIPULATION TO CONTINUE; |
| | ) | [PROPOSED] ORDER CONTINUING |
| ABSALON RODRIGUEZ REYES, | ) | CASE AND EXCLUDING TIME UNDER |
| | ) | THE SPEEDY TRIAL ACT |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING date of June 14, 2010 presently scheduled at 10:00 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for July 12, 2010 at 10:00 a.m., before the Oakland Duty Magistrate, for TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

The reason for this request is that defense counsel is presently investigating a legal issue pertinent to the case, discussing it with government counsel, and researching possible motions.

The parties agree and stipulate that the time until July 12, 2010 should be excluded, under 18 U.S.C. §3161(h)(7)(A) because the ends of justice served by the granting of the

1

1 continuance outweigh the bests interests of the public and the defendant in a speedy and public

2 trial. The continuance is necessary to accommodate counsel's preparation efforts and the

3 continuity of government counsel.

4 _____           /s/_____
   Date    6/10/10                                           John Paul Reichmuth
5                                                            Assistant Federal Public Defender
                                                             Counsel for defendant RODRIGUEZ REYES
6

7

8 _____           /s/_____
   Date    6/10/10                                           Trevor Rusin
9                                                            Assistant United States Attorney

10

11   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.          /S/ John Paul Reichmuth

1  ORDER

2  The court finds that the ends of justice served by the granting of the continuance

3  outweigh the bests interests of the public and the defendant in a speedy and public trial. The

4  continuance is necessary to accommodate counsel's preparation efforts and continuity of

5  counsel.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned

6  matter is continued to July 12, 2010 at 10:00 a.m., before the Oakland Duty Magistrate, and

7  that time is excluded from June 10, 2010 until July 12, 2010 pursuant to 18 U.S.C. §

8  3161(h)(7)(a).

9  IT IS SO ORDERED.

12  6/11/2010
   Date

   GRANTED
   *signature*
   Judge Donna M. Ryu

   HON. DONNA M. RYU
13 UNITED STATES MAGISTRATE JUDGE