MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JENNIFER GASPAR (CABN 266726)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: jennifer.gaspar@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>       Plaintiff,  )<br>  v.  )<br>ABSALON RODRIGUEZ-REYES,  )<br>       Defendant.  )<br>_____) | No. CR10-00020 CW; CR06-00580 CW<br><br>MOTION TO CONTINUE SENTENCING DATE TO JUNE 22, 2011, AND [PROPOSED] ORDER |

    The United States respectfully requests that this Court continue the sentencing date in the above-caption matters from June 1, 2011, to June 22, 2011, at 2:00 p.m.

    Defendant Absalon Rodriguez-Reyes pleaded guilty to one count of 8 U.S.C. § 1326(a) and to violating the terms of supervised release on December 1, 2010. There is no plea agreement in this matter. The United States Probation Office ("Probation") informed counsel for the United States on May 26, 2011, after the United States and Defendant submitted sentencing memoranda, that documents from Defendant's past convictions have not been obtained. The probation officer requested a copy of Defendant's prior aggravated felony conviction, which is not currently in the government's possession and needs to be obtained from the Superior Court of

MOTION TO CONTINUE SENTENCING DATE AND [PROPOSED] ORDER
CR10-00020 CW; CR06-00580 CW

1   Alameda.  That conviction record is necessary in order to establish the correct offense level in
2   this case.  The United States requests more time in order to obtain copies of the conviction record
3   and then provide copies to Probation, Defendant, and the Court.  The United States has
4   confirmed that counsel for Defendant and the probation officer will be available on June 22,
5   2011.

7   DATED: May 27, 2011

/s/
JENNIFER GASPAR
Special Assistant United States Attorney

13                                              ORDER

14        The Court finds that the requested continuance is necessary to allow the United States and
15   the United States Probation Office to obtain necessary records relating to a prior state court
16   conviction.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned
17   matter is continued to June 22, 2011, at 2:00 p.m., before the Honorable Claudia Wilken.
18        IT IS SO ORDERED.

19   May 31, 2011
20   Date                                         HON. CLAUDIA WILKEN
                                                  UNITED STATES DISTRICT JUDGE

MOTION TO CONTINUE SENTENCING DATE AND [PROPOSED] ORDER
CR10-00020 CW; CR06-00580 CW            2